

**SFG**

ATTORNEYS AT LAW

| • Gerald M. Shapiro | • David S. Kreisman | • Barry S. Fishman | • Ronald M. Gaché, P.A. |
| Also Licensed in Illinois | Licensed in Illinois only | Also licensed in Illinois & California | |

*VIA CERTIFIED MAIL*
October 21, 2015

**NOTICE TO OCCUPANT OF PENDING ACQUISITION**

OCCUPANT(S)
19800 SW 180th Avenue Lot 99
Miami, FL 33187

    Re:    FHA Case No. ***LOAN_AGENCY_LOAN_NUM***
           SFG No. 15-291601
           Property Address: 19800 SW 180th Avenue Lot 99, Miami, FL 33187

AVISO IMPORTANTE PARA PERSONAS DE HABLA HISPANA.
ESTO ES UN AVISO MUY IMPORTANTE. SI NO ENTIENDE EL CONTENIDO, OBTENGA UNA TRADUCCIÓN INMEDIATAMENTE. SI USTED NO RESPONDE DENTRO DE VEINTE (20) DÍAS, PUEDE QUE TENGA QUE MUDARSE DE LA CASA O APARTAMENTO EN QUE VIVE.

Dear Occupant:

    The mortgage for the property in which you are living is in foreclosure as a result of the property owner's default. Within the next 60 to 90 days, title to the property is expected to be transferred to PNC BANK, NATIONAL ASSOCIATION, SUCCESSOR BY MERGER TO NATIONAL CITY BANK, SUCCESSOR BY MERGER TO NATIONAL CITY MORTGAGE CO., FORMERLY KNOWN AS NCMC NEWCO, INC., SUCCESSOR IN INTERST TO NATIONAL CITY MORTGAGE CO, (SUBSEQUENTLY KNOWN AS NATIONAL CITY MORTGAGE, INC.). Sometime thereafter, ownership of the property will probably be transferred to the Secretary of Housing and Urban Development (HUD).

    HUD generally requires that there be no one living in properties conveyed to the Secretary as a result of a foreclosure. As the Federal Housing Administration's (FHA) Single Family Program is a mortgage insurance program, it must sell all acquired properties and use the proceeds of sale to help replenish the FHA Mortgage Insurance Fund. It is not a rental program. There are other programs within HUD that assist in making rental housing available.

    However, before PNC BANK, NATIONAL ASSOCIATION, SUCCESSOR BY MERGER TO NATIONAL CITY BANK, SUCCESSOR BY MERGER TO NATIONAL CITY MORTGAGE CO., FORMERLY KNOWN AS NCMC NEWCO, INC., SUCCESSOR IN INTERST TO NATIONAL CITY MORTGAGE CO, (SUBSEQUENTLY KNOWN AS NATIONAL CITY MORTGAGE, INC.) conveys the property to HUD, you may be entitled to remain in the property for a limited period of time pursuant to federal, state, or local law. If applicable, a separate notice regarding occupancy rights may be provided to you when complete title to the property is transferred to PNC BANK, NATIONAL ASSOCIATION, SUCCESSOR BY MERGER TO NATIONAL CITY

BANK, SUCCESSOR BY MERGER TO NATIONAL CITY MORTGAGE CO., FORMERLY KNOWN AS NCMC NEWCO, INC., SUCCESSOR IN INTERST TO NATIONAL CITY MORTGAGE CO, (SUBSEQUENTLY KNOWN AS NATIONAL CITY MORTGAGE, INC.) as a result of an order of a court or pursuant to provisions in the mortgage, deed of trust or security deed.

If you are not entitled to remain in the property under federal, state, or local law, you may nevertheless be eligible to remain in the property upon conveyance to HUD, if certain conditions are met, as described in the document, "Conditions for Continued Occupancy" which is attached to this letter (Attachment 3). To be considered for continued occupancy upon conveyance to HUD, you must submit a written request to HUD **within 20 days of the date at the top of this letter or the property must be vacated before the time HUD is scheduled to acquire it. Oral requests will not be accepted.**

Please use the enclosed Attachment 1, Form HUD-9539, *Request for Occupied Conveyance*, in making your request, as it gives HUD information it needs to make its decision. You must send your request and the enclosed Attachment 2, Request for Verification of Employment, to HUD's Mortgagee Compliance Manager (MCM) at the following address: Michaelson, Connor & Boul, Attn: Occupied Conveyance, 4400 Will Rogers Parkway, Suite 300, Oklahoma City, OK 73108. As the occupant requesting the occupied conveyance, you have the sole responsibility for submission of a signed Verification of Employment form with your Occupied Conveyance request.

If you or a member of your household residing in the property suffers from an illness or injury that would be aggravated by the process of moving from the property, please also provide supporting documentation of the illness or injury. This documentation must include a projection of the date that the individual could be moved without aggravating the illness or injury and a statement by a state-certified physician establishing the validity of your claim.

Please ensure that you include all required documentation with your request; **incomplete request will be denied.** Additional information that you wish to include with your request may be written on additional pages that you attached to the *Request for Occupied Conveyance* form.

If HUD approves your request to remain in the property, you will be required to sign a month-to-month lease and pay rent at the prevailing fair market rate. If HUD does not become owner of this property, any decision it may make with respect to your continued occupancy will no longer apply.

Your right to continued occupancy of the property under HUD's Occupied Conveyance policies will only be temporary, depending on the circumstances, as described in Attachment 4, Temporary Nature of Continued Occupancy.

For assistance in finding affordable housing, you may wish to contact one or more of HUD's approved housing counseling agencies. These agencies usually provide services at little or no cost. A counselor may be able to recommend other organizations that can be of assistance. If you have access to the Internet, you may locate a local housing counseling agency by visiting the following website: http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm. Alternatively, you may call the HUD Housing Counseling and Referral Line, weekdays between 9:00 am and 5:00 pm EST. The Referral Line telephone number is (800) 569-4287.

If you have any questions concerning this notice, please contact PNC Mortgage, a division of PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, Ohio 45342-5433

Sincerely,

Amanda Friedlander, Esquire
Shapiro, Fishman & Gaché, LLP

Attachments:
Attachment 1 (form HUD-9539, *Request for Occupied Conveyance)*
Attachment 2 *(Request for Verification of Employment)*
Attachment 3 *(Conditions for Continued Occupancy)*
Attachment 4 *(Temporary Nature of Continued Occupancy)*

3